# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIAN HILL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR, DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | No. CV 08-3240-PA (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 28, 2011

　　　　　　　　　　　　_____
　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE